

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00602-CV

Phyllis K. **PACHECO** and Mark Pacheco,
Appellant

v.

Larry W. **FREISENHAHN**, Jr., Manager and President of Freisenhahn Land Company, L.L.C.,
and General Partner of Freisenhahn Development Properties, LP,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 11-05-0460-B-CVA
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

We ORDER that the appellee, Larry W. Freisenhahn, Jr., Manager and President of
Freisenhahn Land Company, L.L.C., and General Partner of Freisenhahn Development Properties,
LP, recover the costs of this appeal from the appellants, Phyllis K. Pacheco and Mark Pacheco.

SIGNED July 30, 2014.

_____
Luz Elena D. Chapa, Justice